IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOVELESS CAFE, LLC, | ) |
| Plaintiff, | ) |
| | ) NO. 3:24-CV-01199 |
| v. | ) |
| | ) JUDGE RICHARDSON |
| KATIE KIME, INC. ET AL., | ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed a notice of voluntary dismissal (Doc. No. 27, "Notice"). The Notice was filed prior to Defendants filing either an answer or a motion for summary judgment in this matter. Under Fed. R. Civ. P. 41(a)(1)(A)(i), therefore, the Notice sufficed to dismiss this matter without any action on the part of the Court. *Waetzig v. Halliburton Energy Servs., Inc.*, 145 S. Ct. 690, 694 (2025) ("Since Halliburton had not yet served an answer or moved for summary judgment, Waetzig's dismissal was effective without court action."). The Notice states that dismissal is with prejudice, and thus under Rule 41(a)(1)(B) the dismissal in fact is with prejudice. Accordingly, the Court acknowledges that this action has been DISMISSED with prejudice effective as of the time of the filing of the Notice.

The Clerk of the Court is DIRECTED to enter judgment pursuant to Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE