# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Loveless Cafe, LLC

                Plaintiff,

v.                                     Case No.: 3:24–cv–01199

Katie Kime, Inc., et al.

                Defendant,

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/10/2025 re [28].

                                                                  Lynda M. Hill
                                                s/ Caylor A Haynes, Deputy Clerk